UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. 08-00053 |
| | : | |
| KASEY HALLFORD ROOT | : | <u>CONSENT ORDER</u> |

This matter having come before the Court upon the application of the defendant Casey Root, (by his attorney, Lorraine Gauli-Rufo, Esq., Assistant Federal Public Defender) and the United States of America (Sharon Ashe, Assistant United States Attorney, appearing) and Probation Officer Sydney Fleming, having no objection thereto, for an Order terminating Mr. Root's Supervised Release pursuant to 18 U.S.C. §§ 3564 (c) and 3583(e)(1), and the defendant having served more than one year on supervised release, and for other good cause shown,

IT IS on this  18  day of October, 2010

ORDERED that the term of Supervised Release hereby set by this Court on May 15, 2008, is hereby terminated.

_____
HONORABLE WILLIAM H. WALLS
UNITED STATES DISTRICT COURT JUDGE